IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

      Plaintiff,                     No. CIV S-09-0075 JAM KJM P

   vs.

RIVERS, IV, et al.,

      Defendants.         ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On July 24, 2009, the court recommended that this action be dismissed. Plaintiff has filed objections to that recommendation. Good cause appearing, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to re-serve the court's April 28, 2009 order (#11) on plaintiff.

/////

/////

/////

/////

/////

1

2. Plaintiff is granted thirty days within which to comply with the April 28, 2009 order. Failure to do so will result in submission of the July 24, 2009 findings and recommendations to the district court judge assigned to this case.

DATED: August 13, 2009.

_____
U.S. MAGISTRATE JUDGE

1
beny0075.36