IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

        Plaintiff,                    No. CIV S-09-0075 JAM KJM P

   vs.

RIVERS, IV, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983 has asked that the court either appoint counsel for plaintiff or dismiss this case without prejudice. In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances because the facts identified by plaintiff in his original complaint fail to state a claim upon which relief can be granted and it is doubtful that plaintiff could state a claim with additional facts or clarification.

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that this action is dismissed without prejudice under Federal Rule of Civil Procedure 41(a).

DATED: November 24, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE